**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SCHMIDT                          No. C-12-00875-JCS (DMR)

       Plaintiff(s),          **ORDER VACATING SETTLEMENT CONFERENCE**

  v.

FORD MOTOR COMPANY

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The parties to this matter have advised the Court that they have agreed to a settlement.

Therefore, you are hereby notified that the Settlement Conference set for **January 7, 2013 at 10:00**

**a.m.**, before the Honorable Donna M. Ryu is VACATED.

Dated:  December 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge